PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** _EASTERN_ **DISTRICT OF TEXAS**     OCT 26 2018
_BEAUMONT_ **DIVISION**

_Zachary L. Moye_
Plaintiff's Name and ID Number

BY
DEPUTY_____

_McConnell Unit_
Place of Confinement

CASE NO. _1:17-CV-525_
(Clerk will assign the number)

v. _Major_

_Schuyler Lewis_   Official Capacity
+ Individual Capacity
Defendant's Name and Address

_Major_
_Danny J. Landrum_   Official Capacity
+ Individual Capacity
Defendant's Name and Address Administrative Technician Unit Classification

_Tammy G. Basset_   Official Capacity
+ Individual Capacity
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.   To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

ADMINISTRATIVE SEGREGATION HOST CLASS

IVETTE O. HALL _____ OFFICIAL CAPACITY
                                     &
                                INDIVIDUAL CAPACITY
DEFENDANT'S NAME

WARDEN
                                OFFICIAL CAPACITY
                                     &
WAYNE E. BREWER _____ INDIVIDUAL CAPACITY
DEFENDANT'S NAME

DIRECTOR
                                OFFICIAL CAPACITY
                                     &
BRIAN COLLIER _____ INDIVIDUAL CAPACITY
DEFENDANT'S NAME

2 of 7

B

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

 3 of 7

II.    PLACE OF PRESENT CONFINEMENT: Mc Connell Unit Beeville, Texas 78102

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?     X YES   ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Zachary L. Moye Mc Connell Unit Beeville, Texas 78102

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Schuyler Lextas "Major" Mark W. Stiles Unit 3060 FM 3514 Beaumont, Texas 77705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failure to provide a safe environment & failure to protect

Defendant #2: Danny J Landrum "Major" Mark W. Stiles Unit 3060 FM, 3514 Beaumont, Texas 77705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failure to provide a safe environment & failure to protect

Defendant #3: Tammy G, Bosset "Administrative Technician/Unit Classification" Mark W Stiles Unit 3060 F.M. 3514 Beaumont, Texas 77705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failure to provide a safe environment & failure to protect "Administrative Technician Unit Classification"

Defendant #4: Ivette O. Hall Mark W. Stiles Unit 3060 FM, 3514 Beaumont, Texas 77705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failure to provide a safe environment & failure to protect

Defendant #5: Wayne E. Brewer "Warden" Mark W. Stiles Unit 3060 F.M. 3514 Beaumont, Texas 77705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failure to provide a safe environment & failure to protect,

4 of 7

V.     STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Moye filed) several O.P.I reports to no avail. He was still placed) into a "General Population" Environment that Resulted) in further and foreseeable Injury, when his cell partner hit Moye in the head with a fan motor Because he was labeled) as "Gay" and a "Child molester". This happen After Moye filed) an O.P.I. stating that his life was in Danger, During U.C.C. Committee hearing Tammy G Bassett, Agreed) to Recommed) Safe-Keeping But then this was around May of 2017, By the month of September, Bassett, levias upgraded)

VI.    RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

Punitive Damages, Compensatory Damages # 15,000.00 & placed) on Protective Custody or Safe-Keeping

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Zach, Woodville

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

# 1135950, # 1973341

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____ YES  X NO

B. If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied?                    ____ YES  ____ NO

## STATEMENT OF CLAIM

AND PLACED HIM INTO A "GENERAL POPULATION" ENVIRONMENT. IT WAS ONLY 4 DAYS LATER THAT HIS CELL MATE JUMPED HIM, AND SPLIT HIS HEAD OPEN WITH A FAN MOTOR. HE THEN WENT IN FRONT OF MAJOR DANNY J. LANDRUM, ON ANOTHER O.P.I. FOR THIS ALTERCATION AND THE DISCIPLINARY, AND LANDRUM, AND HALL, AN THEY DID AN OVER RIDE IN THE COMPUTER STATING THAT MOYE WAS A VICTIM! YET THEY DECISSON WAS TO LEAVE MOYE IN "GENERAL POPULATION", EVEN THOUGH IT WAS UNDERSTOOD THAT MOYE WAS THE VICTIM OF THE ASSAULT BECAUSE HIS CELL MATE DID NOT WANT A GAY CHILD MOLESTER AS A CELLIE. LATER IN FEBRUARY OF 2018, YET ANOTHER CELL MATE JUMP ON MOYE, TO WHICH HE FILED YET ANOTHER O.P.I. IN WHICH I WENT IN FRONT HALL & BASSET AND LANDRUM AGAIN REQUESTING PROTECTIVE CUSTODY AND SAFE-KEEPING AND IT WAS AT THIS TIME THAT THEY STATED THAT HE WAS "TOO BIG" AND DID NOT FIT THE CRITERION. IT IS ALSO TO BE RECONIZE, THAT THE MOTHER OF MOYE IS AN OFFICER WORKING FOR TDCJ-CID STATIONED AT THE GIB LEWIS UNIT. MAJOR LEVIAS, WHO HAS SINCE THE FILING OF THIS COMPLAINT BEEN CHARGED WITH SEXUAL HARRASSMENT AND DEMOTED AND PHYSICALLY REMOVED FROM THE STILES UNIT. WHEN LEVIAS WAS A LIEUTENANT ON GIB LEWIS THE MOTHER OF MOYE WAS WORKING UNDER LEVIAS AND IT IS THE CONTENTION OF MOYE THAT LEVIAS BEFOR BEING REMOVED FROM THE STILES UNIT, HE WAS USING HIS POSITION AND OFFENDER IN HIS CONTROL TO RETALIATE AGAINST MOYE AND HE DID THIS BY SEND OFFENDER AGAINST HIM, AND HAD OTHER OFFICER WRITING HIM BOGUS DISIPLINARY CASES.

C.  Has any court ever warned or notified you that sanctions could be imposed?        _____YES  _X_NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1.  Court that issued warning (if federal, give the district and division):_____

  2.  Case number:_____

  3.  Approximate date warning was issued:_____


Executed on: _____
                DATE

_____
(Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

  1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
  2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
  3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
  4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
  5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.


Signed this __23 RD__ day of __October__ , 20 __18__ .
           (Day)              (month)              (year)

_____
Zachary L. Mayle

_____
(Signature of Plaintiff)


**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

7 of 7

Zachary C. moye # 1973344
McConnell Unit
3001 S Emily Drive
Beeville, TX 78102

CLERK
UNITED STATES DISTRICT COURT
300 Willow Street, Suite 104
Beaumont, Texas
77701-2217



SAN ANTONIO TX 782
RIO GRANDE DIS
25 OCT 2018

USA FOREVER
ADDITIONAL OUNCE - USA

CLERK US DISTRICT COURT
RECEIVED
OCT 29 2018
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

77701-2217729